**Ghayoor KHAN, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–76583.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 3, 2008.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Alison Dixon, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA,

Richard M. Evans, Esq., David M. McConnell, John L. Davis, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

Ghayoor Khan, a native and citizen of Pakistan, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. Reviewing for substantial evidence, *INS v. Elias–Zacarias,* 502 U.S. 478, 481 n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992), we deny the petition for review.

Substantial evidence supports the IJ's finding that Khan has not demonstrated a well-founded fear of future persecution, where the record contains insufficient direct or specific evidence that he is being targeted for harm. *See Ladha v. INS,* 215 F.3d 889, 897 (9th Cir.2000). Further, Khan has not shown that harm experienced by his family members creates "a pattern of persecution closely tied" to himself. *See Arriaga–Barrientos v. INS,* 937 F.2d 411, 414 (9th Cir.1991).

Because Khan failed to show eligibility for asylum, he necessarily fails to meet the more strict requirements for withholding of removal. *See Zehatye v.*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Gonzales,* 453 F.3d 1182, 1190 (9th Cir. 2006).

■ Substantial evidence also supports the IJ's finding that Khan has not demonstrated that it is more likely than not that he will be tortured if he returns to Pakistan. *See El Himri v. Ashcroft,* 378 F.3d 932, 938 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.